Kurt W. Krauss (KK 0459)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
33 Washington Street
Newark, New Jersey 07102
Tel: (973) 624-0800; Fax: (973) 624-0808
Attorneys for Plaintiff Sterling Crane, a division of Procrane Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------- x
STERLING CRANE, a division of          :
PROCRANE, INC.                         :
                                       : CIVIL ACTION NO.: 09 CV 3432 (SDW)
              Plaintiff,               :
                                       :
v.                                     :
                                       : **CONSENT JUDGMENT**
COAST TO COAST INSTALLATIONS,          :
INC.,                                  :
                                       :
              Defendant.               :
                                       :
---------------------------------------- x

**THIS MATTER** having been opened to the Court upon the joint application of Sterling Crane, a division of Procrane Inc., by its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP (Kurt W. Krauss, Esq. appearing), and defendant Coast to Coast Installations, Inc. by their attorney Kenneth C. Marano, Esq.; and the undersigned parties having agreed to resolve all differences and disputes as between them and pursuant to a Settlement Agreement and General Mutual Releases, and in consideration therefor and good cause having been shown:

IT IS on this 3rd day of December, 2009:

902035.1

ORDERED that Judgment in favor of plaintiff Sterling Crane, a division of Procrane Inc. be and the same is hereby entered against defendant Coast to Coast Installations, Inc., in the amount of $167,959 USD ($180,816.45 CAD as of September 22, 2009), plus reasonable attorneys' fees and costs which may be incurred by plaintiffs in connection with execution against this Consent Judgment; and it is further

ORDERED that a copy of this Consent Judgment shall be served upon all counsel of record within ____ days of the date hereof.

_____
HON. SUSAN D. WIGENTON, U.S.D.J.

We hereby approve of the form and
entry of this Consent Judgment.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
Attorneys for Plaintiff Sterling Crane, a division of Procrane Inc.

By: _____
Kurt W. Krauss

KENNETH C. MARANO, ESQ.
Attorneys for Defendant Coast to Coast Installations, Inc.

_____

Witness:                                      Accepted and Consented to:

COAST TO COAST INSTALLATIONS, INC.

_____   By: _____

                                 Title: President

2

902035.1